SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
ddunwoody@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:    619-338-6500
Facsimile:     619-234-3815

Attorneys for Defendants
MASSAGE ENVY FRANCHISING, LLC, and
MASSAGE ENVY, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gail Hahn, individually and on behalf of all other similarly situated California residents,<br><br>Plaintiff,<br><br>v.<br><br>Massage Envy Franchising LLC, a Delaware limited liability company; Massage Envy, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. **'12 CV0153 MMA JMA**<br><br>**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[S.D. CAL. CivLR 40.2]** |

Defendants, MASSAGE ENVY FRANCHISING LLC and MASSAGE ENVY, LLC, pursuant to Southern District of California Civil Local Rule 40.2 and Rule 7.1, Federal Rules of Civil Procedure, hereby identify their parent corporations and any publicly held company that owns 10% or more of their stock as follows:

-1-

W02-WEST:8JCD1\404528884.1   DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST

1 | Defendant, MASSAGE ENVY FRANCHISING LLC, is wholly owned by
2 | Defendant, MASSAGE ENVY, LLC, which is wholly owned by Massage Envy
3 | Acquisitions Holdings, LLC, a Delaware limited liability company.  There are no publicly
4 | held companies that own 10% or more of Defendants' stock.

Dated:  January 18, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   *s/John C. Dineen*
     JOHN C. DINEEN

Attorneys for Defendants
MASSAGE ENVY FRANCHISING LLC and
MASSAGE ENVY, LLC
Email:  jdineen@sheppardmullin.com

-2-