SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
ddunwoody@sheppardmullin.com
JOHN C. DINEEN, Cal. Bar No. 222095
jdineen@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

QUARLES & BRADY LLP
JEFFREY H. WOLF (*Pro Hac Vice* pending)
jeffrey.wolf@quarles.com
NICOLE M. GOODWIN (*Pro Hac Vice* pending)
nicole.goodwin@quarles.com
One Renaissance Square
Two North Central Ave.
Phoenix, Arizona 85004
Telephone: 602-229-5200
Facsimile: 602-229-5690

Attorneys for Defendants
MASSAGE ENVY FRANCHISING, LLC, and
MASSAGE ENVY, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL HAHN, individually and on behalf of all other similarly situated California residents,<br><br>              Plaintiff,<br>     v.<br><br>MASSAGE ENVY FRANCHISING LLC, a Delaware limited liability company; MASSAGE ENVY, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-CV-0153 MMA (BGS)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>The Hon. Michael M. Anello<br><br>Date:   March 12, 2012<br>Time:   2:30 p.m.<br>Courtroom 5, 3rd Floor |

-1-

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 12, 2012, at 2:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Michael M. Anello in, Courtroom 5 of the above-entitled Court, located at 940 Front Street, San Diego, California 92101, Defendants Massage Envy Franchising, LLC and Massage Envy, LLC (collectively, "Massage Envy") will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Complaint filed by Plaintiff Gail Hahn.   Massage Envy brings this Motion on the grounds that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice in support thereof, and all of the pleadings, records, and papers on file herein, as well as such oral argument as may be presented at the hearing on this Motion.

Dated:  January 25, 2012

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By      *s/ John C. Dineen*
        JOHN C. DINEEN

        Attorneys for Defendants
    MASSAGE ENVY FRANCHISING, LLC, and
        MASSAGE ENVY, LLC
    Email: jdineen@sheppardmullin.com