UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL HAHN, CHAILLE DUNCAN, and ALEXIS HERNANDEZ, individually and on behalf of all other similarly situated California Residents<br><br>Plaintiff,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 3:12-cv-00153-DMS-BGS<br><br>**ORDER GRANT JOINT *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERLENGTHY BRIEFING MOTION FOR:**<br><br>**(1) PLAINTIFFS' PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT;**<br><br>**and**<br><br>**(2) JOINT MOTION FOR VACATUR**<br><br>Hon. Dana M. Sabraw |

For good cause shown, the Joint *Ex Parte* Application for Leave to File Overlengthy Briefing is granted.

IT IS SO ORDERED.

DATED: December 12, 2014

THE HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT *EX* PARTE APP FOR LEAVE TO FILE OVERLENGTH BRIEFING MOTION FOR PRELIMINARY CLASS ACTION SETTLEMENT APPROVAL AND JOINT MOTION FOR VACATUR

3:12-cv-00153