United States District Court
9th District
940 Front St #2125
San Diego, CA 92101
ATTN: Judge Sabraw



To whom it may concern:

I object to the Settlement reached in the lawsuit entitled Gail Hahn, et al. v. Massage Envy Franchising, LLC, U.S. District Court, S.D. Cal., Case No. 3:12-cv-00153-DMS-BGS.

I was a member of Massage Envy in late 2012. After realizing my schedule was not conducive to having monthly massages I attempted to cancel my membership and receive a monetary refund for my 8 pre-paid massages valuing $273.00. Trying to get my money back from Massage Envy was very frustrating and I'm very glad someone had the ability to file a suit against them for this issue.

I object to the settlement for three reasons:

1) I haven't moved 25 miles; when I signed up for my membership I didn't know there was a closer clinic to my house so I signed up at the Eagan MN clinic. After learning of the closer location I had all my future massages at the Burnsville MN clinic but never officially changed my "home clinic" because it didn't affect my ability to use my accumulated massages at the Burnsville MN location. The way I read the settlement I would have to go to the Eagan location which would be inconvenient.
2) I don't want to get a massage at a clinic where they are only providing the service because of a lawsuit. I'm concerned about mistreatment from staff and having no recourse in the event it happens.
3) I would much rather have my money refunded (with interest), which is what I was requesting as a remedy in 2012.

Attached is an email I received from a clinic manager at the time of my issue. Thank you for your consideration.

Daniel Albing                                              previous address:

1204 Rushmore Crescent                                     822 Baylis St APT 117

Burnsville MN, 55306                                       Duluth MN, 55811

Massage Envy <clinic0459@massageenvy.com>   8/31/12

to me

Hello Daniel,

I was informed by the manager at the Burnsville location that you are requesting some information regarding your account. I would be more than happy to help you with this.

You have filled out a cancellation form for your membership with Massage Envy. You currently have 7 member massages and will have a total of 8, after your final dues payment on 9/2/12. You will have through 10/1/12 to use any remaining massages on your account.

As per your member agreement, we will not reimburse you for any remaining member massages on your account. The value of each member massage is $39, the total current value is $273.

If you have any further questions feel free to contact the Eagan clinic, the phone number is (651)452-9300.

Thanks,

Clinic Manager
Massage Envy - Eagan
3250 Denmark Ave
Eagan, MN 55121
Phone: (651)452-9300
Fax: (651)366-6478

Daniel Albing
1204 Rushmore Cres
SPLC Burnsville, MN 55306

MINNEAPOLIS MN 553
22 APR 2015 PM 6 L



U.S. District Court 9th district
940 Front Street #2125
San Diego, CA 92101
ATTN: Judge Sabraw

9210189122S