1  Jeffrey R. Krinsk (109234)
   jrk@classactionlaw.com
2  Mark L. Knutson (131770)
   mlk@classactionlaw.com
3  William R. Restis (246823)
   wrr@classactionlaw.com
4  FINKELSTEIN & KRINSK LLP
   550 W. C Street, Ste. 1760
5  San Diego, California 92101
   Telephone: (619) 238-1333
6  Facsimile: (619) 238-5425

7  Attorneys for Plaintiffs and
   the Class
8

9                        UNITED STATES DISTRICT COURT

10                      SOUTHERN DISTRICT OF CALIFORNIA

11

| GAIL HAHN, CHAILLE DUNCAN, and ALEXIS HERNANDEZ, individually and on behalf of all other similarly situated California Residents,<br><br>               Plaintiffs,<br><br>     v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>               Defendant. | Case No. 3:12-cv-00153-DMS-BGS<br><br>NOTICE OF PLAINTIFF GAIL HAHN'S DEATH<br><br>JUDGE:    Hon. Dana M. Sabraw |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** counsel for Plaintiffs and the Class is informed that Gail Hahn, a party to this action, has died.  This notice is made under Rule 25(a) of the Federal Rules of Civil Procedure.  Plaintiff's counsel will move to substitute pursuant to Rule 25(a) at the earliest possible convenience.

Dated: July 24, 2015                                  Respectfully submitted,

                                                                    FINKELSTEIN & KRINSK

                                                                    By: /s/ Trenton R. Kashima

                                                                    Trenton R. Kashima, Esq.
                                                                    Jeffrey R. Krinsk, Esq.
                                                                    Mark L. Knutson, Esq.
                                                                    William R. Restis
                                                                    David J. Harris, Esq.

                                                                    Attorneys for Plaintiffs and
                                                                    the Class