# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL HAHN, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MASSAGE ENVY FRANCHISING, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No. 12cv153 DMS (BGS)<br><br>**ORDER REGARDING SUBSTITUTION OF CLASS REPRESENTATIVE** |

No later than August 3, 2015, Plaintiffs shall file a motion to substitute class representative Gail Hahn, if any, together with an affidavit regarding the suitability of the substituted representative pursuant to Federal Rules of Civil Procedure 25(a) (substitution) and 23(a) (class representatives). No later than August 7, 2015, Defendant and objectors may file an opposition, if any.

**IT IS SO ORDERED.**

DATED: July 28, 2015

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -