STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph#: (303) 892-9933
Fax: (303) 892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

ATTORNEYS FOR CLASS MEMBER CLIFFORD L. HARDWICK

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT P. CRAWFORD II, as Personal Representative to the Estate of GAIL HAHN, et al,<br><br>    Plaintiff,<br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 3:12-CV-00153-DMS (BGS)<br><br>**NOTICE OF APPEAL** |

   Objector Clifford L. Hardwick hereby appeals to the United States Court of Appeals for the

1

Ninth Circuit from the Order of Final Approval of Amended Class Action Settlement (Doc. 393) entered on July 5, 2016 and the Final Judgment (Doc. 396) entered on July 18, 2016.

/s/ Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, P.C.
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph#: (303) 892-9933
Fax: (303) 892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016, I electronically filed and served the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

s/Steve A. Miller